UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025-1
FEBRUARY 3, 2026 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:26-cr-00013
    18 U.S.C. § 1546(b)(2)

PABLO DOMINGUEZ
    also known as "Pablo Dominguez Dominguez"

# I N D I C T M E N T

The Grand Jury Charges:

From on or about January 2, 2026, to on or about January 16, 2026, at or near Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant PABLO DOMINGUEZ, also known as "Pablo Dominguez Dominguez," used an identification document, that is, a Form I-551 also known as, a "Green Card," knowing and having reason to know that the document was false for the purpose of satisfying a requirement of section 274A(b) of the Immigration and Nationality Act.

In violation of Title 18, United States Code, Section 1546(b)(2).

MOORE CAPITO
United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney