UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON


UNITED STATES OF AMERICA


v.                                      CRIMINAL NO. 2:26-cr-00013


PABLO DOMINGUEZ
    also known as "Pablo Domingues Dominguez"


### GOVERNMENT'S MOTION FOR A COMBINED PRE-TRIAL MOTIONS HEARING


Comes now the United States of America, by Jonathan T. Storage, Assistant United States Attorney for the Southern District of West Virginia, and respectfully submits its motion for a combined pre-trial motions hearing for related cases involving the same or similar arguments. In support of its motion, the government states the following:

1.   This case is directly related to the cases of United States v. Rufinio Hernandez, Case No. 2:26-cr-00015, and United States v. Wilmar Pablos-Miguel, Case No. 2:26-cr-00011. Indeed, the charges are exactly the same, and they arise from common facts and circumstances.[1]

---

[1] A pre-trial motions hearing is also scheduled in the related case of United States v. Jose Cruz-Perez, Case No. 2:26-cr-00012. Today, defendant Jose Cruz-Perez filed a motion to schedule a guilty plea hearing. He has not filed any contested pre-trial motions.

2.    On March 10, 2026, at 10:00 a.m., Pablo Dominguez will have his pre-trial motions hearing.

3.    On March 10, 2026, at 2:00 p.m., Rufino Hernandez will have his pre-trial motions hearing.

4.    Today, Wilmar Pablos-Miguel has filed a motion for leave to file out-of-time a motion to suppress and dismiss. Should his motion be granted, the defendant will also be scheduled for a pre-trial motions hearing.

5.    Principles of judicial economy support a determination that the pre-trial hearings should be combined to prevent repetitive evidence on identical matters and waste of time.

For the reasons stated here, the government moves for an order combining the pre-trial motions hearings scheduled in the cases of United Staes v. Pablo Domingues, Case No. 2:26-cr-00013; United States v. Rufinio Hernandez, Case No. 2:26-cr-00015; and United States v. Wilmar Pablos-Miguel, Case No. 2:26-cr-00011.

Respectfully submitted,

MOORE CAPITO
United States Attorney

By:
s/Jonathan T. Storage
JONATHAN T. STORAGE
Assistant United States Attorney
WV State Bar No. 12279
300 Virginia Street, East

2

Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: Jonathan.Storage@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "GOVERNMENT'S MOTION FOR A COMBINED PRE-TRIAL MOTIONS HEARING" has been electronically filed and service has been made on opposing counsel by virtue of electronic mail this the 27th day of February, 2026, to:

Michelle R. Fox, Esq.
LAW OFFICES OF MICHELLE ROMAN FOX
3359 Teays Valley Road
Hurricane, WV 25526
Email: michellefox@smithlawpllc.net

s/Jonathan T. Storage
JONATHAN T. STORAGE
Assistant United States Attorney

4