**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON**

**UNITED STATES OF AMERICA**

**v.**                                                      **CRIMINAL NO. 2:26-cr-00013**

**PABLO DOMINGUEZ**
     **also known as "Pablo Dominguez-Dominguez"**

### GOVERNMENT'S MOTION TO PERMIT WITNESS
### TO APPEAR REMOTELY FOR SUPPRESSION HEARING

Comes now the United States of America, by Jonathan T. Storage, Assistant United States Attorney for the Southern District of West Virginia, and respectfully submits this motion seeking an Order permitting a government witness located in California to appear for the upcoming suppression hearing remotely by video conference. In support of this motion, the government states the following:

1.    The defendant has filed a motion to suppress his post-arrest statements to federal agents. See ECF No. 22.

2.    The basis for his motion on this point is based on whether he was (A) advised of his Miranda rights and (B) whether his statements were voluntary.

3.    The defendant attacks the interview process by casting aspersions about the qualifications of the federal officer

interpreting the questions and answers, as well as suggesting that he wasn't advised of his rights at all.

4.    The federal officer who provided the Spanish translation, Officer Sellenia Olson, is an ICE-Enforcement Operations ("ERO") officer. Her duty station is Fresno, California, which is 2,080 miles away from Charleston, West Virginia, as the crow flies.

5.    In January 2026, Officer Olson assisted with immigration enforcement activities on a temporary basis in West Virginia. Her work within ICE is almost entirely within the civil sphere.

6.    Her anticipated testimony at the suppression hearing would concern only her knowledge of the Spanish language and whether she provided a faithful translation of the conversation between the defendant and HSI special agents.

7.    Her limited participation in the proceedings justifies her appearance by video conference, as she would otherwise have to travel across the country for a mere handful of minutes of in-court testimony.

8.    Counsel for the government has reached out to defense counsel by email to seek her input regarding this request, but as of this filing, defense counsel has not responded.

For the reasons stated here, the government respectfully requests that the Court enter an Order authorizing Officer Sellenia

Olson to appear at the suppression hearing remotely by video conference.

Respectfully submitted,

MOORE CAPITO
United States Attorney

By:

s/Jonathan T. Storage
JONATHAN T. STORAGE
Assistant United States Attorney
WV State Bar No. 12279
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: Jonathan.Storage@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "GOVERNMENT'S MOTION TO PERMIT WITNESS TO APPEAR REMOTELY FOR SUPPRESSION HEARING" has been electronically filed and service has been made on opposing counsel by virtue of electronic mail this the 3rd day of March, 2026, to:

Michelle R. Fox, Esq.
LAW OFFICES OF MICHELLE ROMAN FOX
3359 Teays Valley Road
Hurricane, WV 25526
Email: michellefox@smithlawpllc.net

s/Jonathan T. Storage
JONATHAN T. STORAGE
Assistant United States Attorney