UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025
MARCH 17, 2026 SESSION



UNITED STATES OF AMERICA

v.

**CRIMINAL NO.** 2:26-cr-00013

18 U.S.C. § 1546(b)(2)
8 U.S.C. § 1326(a)

PABLO DOMINGUEZ
    also known as "Pablo Dominguez Dominguez"

S U P E R S E D I N G
I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

From on or about January 2, 2026, to on or about January 16, 2026, at or near Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant PABLO DOMINGUEZ, also known as "Pablo Dominguez Dominguez," used an identification document, that is, a Form I-551 also known as, a "Green Card," knowing and having reason to know that the document was false for the purpose of satisfying a requirement of section 274A(b) of the Immigration and Nationality Act.

In violation of Title 18, United States Code, Section 1546(b)(2).

## COUNT TWO

1.   On or about July 18, 2017, defendant PABLO DOMINGUEZ, also known as "Pablo Dominguez Dominguez," an alien, was found at or near Dunbar, Kanawha County, West Virginia, and was subsequently removed from the United States to Honduras on or about August 25, 2017.

2.   On or about January 16, 2026, at or near Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant PABLO DOMINGUEZ, also known as "Pablo Dominguez Dominguez," an alien, was found in the United States and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).


MOORE CAPITO
United States Attorney

By:   _____

JONATHAN T. STORAGE
Assistant United States Attorney