**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 2:26-cr-00013**

**PABLO DOMINGUEZ**

# ORDER

Pending is the Motion of the United States of America, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, for authorization to disclose specified grand jury materials relevant to the above-styled case to counsel for Miguel Angel Aguirre and Miguel Aguirre-Arello Sr. (Criminal No. 2:26-cr-00010). Upon consideration of the Motion, the Court finds that the disclosure of the specified grand jury materials in the above-styled case to counsel for Miguel Angel Aguirre and Miguel Aguirre-Arello Sr. is necessary as an aid of discovery and preparation for trial and authorizes the United States Attorney to disclose the same to counsel for Miguel Angel Aguirre and Miguel Aguirre-Arello Sr.

The Grand Jury information referenced herein is provided subject to the provisions of Rule 6(e), Federal Rules of Criminal Procedure, and shall be used only as an aid of discovery and in the preparation for trial. Grand Jury material shall not be copied

or published to any person whose knowledge of the same is not necessary to the preparation of the defense. Upon request, all copies of Grand Jury material will be returned to the Government or destroyed at the close of the case.

It is ORDERED that the motion in this matter be SEALED.

The Clerk is directed to send a copy of this Order to counsel of record for all parties.

Entered this ___6th____ day of October, 2026.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE